# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMER FERNANDEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. CV 07-00504-PSG (JCR)<br><br>ORDER ADOPTING FINAL REPORT<br>AND RECOMMENDATION OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. 636(b)(1)(C), the Court has reviewed all of the records and files herein, as well as the attached Final Report and Recommendation of the United States Magistrate Judge and all objections thereto. The Court has made a *de novo* determination of the Final Report and Recommendation. The Court concurs with and adopts the conclusions of the United States Magistrate Judge.

IT IS ORDERED that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the

---

[1]   Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Magistrate Judge's Final Report and Recommendation, and the Judgment herein on the parties.

DATED: 1/18/08

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

2